**Appeal Dismissed and Memorandum Opinion filed June 1, 2023.**



In The

# Fourteenth Court of Appeals

## NO. 14-23-00125-CV

### RICKILYNN GARDNER, Appellant

### V.

### MISTY BROWN, Appellee

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1195648**

## MEMORANDUM OPINION

This accelerated appeal is from an interlocutory order signed February 13, 2023. The clerk's record was filed February 28, 2023. The court reporter indicated there was no reporter's record on March 1, 2023. No brief was filed.

On April 25, 2023, this court issued an order stating that unless appellant filed a brief on or before May 15, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM

Panel consists of Justices Wise, Bourliot, and Spain.